UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

LUIS ALBERTO VALDES NAVA,

    *Petitioner*,

v.                                        Case No. 5:26-CV-1030-JKP

ROSE THOMPSON, et al.,

    *Respondents*.

## <u>ORDER OF DISMISSAL</u>

Before the Court is an Unopposed Motion to Remove the Stay of Removal (ECF No. 11) and a Joint Stipulation of Dismissal with Prejudice (ECF No. 12) signed by all parties who have appeared in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner and the Federal Respondents jointly stipulate to the dismissal of this action with prejudice and with each side to bear their own costs, expenses, and fees. Although no court order is necessary based upon a stipulation properly filed pursuant to Rule 41(a)(1)(A)(ii) and the case has already been closed, similar circumstances have created potential confusion in other habeas cases. To avoid any potential confusion, the Court hereby **DISMISSES** this action with prejudice.

There may also be some uncertainty as to the stay of removal issued in this case and whether it affects the ability to effectuate Petitioner's voluntary departure. Filing a stipulation under Rule 41(a)(1) divests this Court of jurisdiction to take further action except in special circumstances not present here. *See Whittier v. Ocwen Loan Servicing, LLC*, 128 F.4th 724, 726 (5th Cir. 2025); *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (per curiam). Nevertheless, the termination of this action—whether through the filed stipulation or this order—dissolved the entered stay. *See Umanzor Maldonado v. Lyons*, No. 5:26-CV-0112-JKP, 2026 WL 196521, at *2 (W.D. Tex. Jan. 20, 2026). Additionally, the previously entered stay does not pre-

clude a voluntary departure by Petitioner. *See Castellanos Sevilla v. Ortega*, Case No. 5:26-CV-1803-JKP, unpub. ord. (W.D. Tex. Apr. 2, 2026) (ECF No. 7)). To the extent it matters, the Court **DENIES** the Unopposed Motion to Remove the Stay of Removal (ECF No. 11) for the same reasons stated in *Castellanos Sevilla*.

   **IT IS SO ORDERED this 6th day of April 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

2